UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MICHAEL NOLAU, individually and on :
behalf of others similarly situated, :
 :
                               Plaintiff, :      22-CV-4276 (VSB)
 :
               -against- :      **ORDER**
 :
WSP USA INC., and other individuals or :
entities related to the same, :
 :
                             Defendant. :
 :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On , Plaintiff filed an amended complaint pursuant to my order at Doc. 29. "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020). Accordingly, it is hereby:

ORDERED that Defendant shall file a letter by June 16 deciding whether its motion to dismiss should be deemed moot without prejudice to refile a new motion to dismiss in accordance with Federal Rule of Civil Procedure 15(a)(3), or if I should evaluate Defendant's current motion to dismiss in light of the facts alleged in the amended complaint.

SO ORDERED.

Dated:  June 9, 2023
        New York, New York

                                            Vernon S. Broderick
                                            United States District Judge