UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MICHAEL NOLAU, individually and on :
behalf of others similarly situated, :
:
                           Plaintiff, :        22-CV-4276 (VSB)
:
          -against- :        **ORDER**
:
WSP USA INC., and other individuals or :
entities related to the same, :
:
                         Defendant. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      The Clerk of Court is respectfully directed to close the motion at Doc. 21, which has been mooted by the filing of an amended motion to dismiss at Doc. 41.

SO ORDERED.

Dated: August 16, 2023
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge