## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL NOLAU, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WSP USA INC., and other individuals or entities related to the same,<br><br>Defendants. | Civil Action No. 1:22-cv-4276-VSB<br><br>**JUDGMENT** |

Based upon Plaintiff Michael Nolau's acceptance of Defendant WSP USA Inc.'s Rule 68 Offer of Judgment, this Court Orders the following judgment to be entered:

**IT IS ORDERED, ADJUSTED AND DECREED** that Plaintiff Michael Nolau shall have and recover from Defendant WSP USA Inc. the amount of $5,000.00, and Plaintiff Michael Nolau's individual claims as asserted in the First Amended Class and Collective Action Complaint are hereby dismissed.

**IT IS SO ORDERED.**

Dated:  January 2, 2024

_____
Honorable Vernon S. Broderick, U.S.D.J.

FP 47683368.1