# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

_____ *Attorneys at Law* _____

March 22, 2024

**_Via ECF_**
Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:     **Nolau v. WSP USA Inc.**
        Case No.: 1:22-cv-4276 (VSB)

Dear Judge Broderick:

    This firm, Leeds Brown Law, P.C., represents Plaintiffs in the above referenced matter, and we write on consent of Defendant's Counsel, pursuant to Dkt. No. 78, to respectfully request that the stay in this matter continue until April 8, 2024, at which time the parties will provide the court with a their efforts to reach a resolution and settlement negotiations. This is the fourth request for an extension. The reason for the request is that the parties continue to devote their resources and focus on resolution and need additional time to determine if resolution could be reached in lieu of motion practice, which has been the primary focus of the parties despite multiple medical leaves from counsel for both Plaintiffs' and Defendant.

    We thank Your honor for your consideration and attention to this matter.

Very truly yours,

 /s/Anthony M. Alesandro_____
Anthony M. Alesandro, Esq.
**LEEDS BROWN LAW, P.C**.
516.873.9550
aalesandro@leedsbrownlaw.com

1

*Nolau v. WSP USA Inc.*
March 22, 2024

cc: All Counsel of Record (via ECF)